IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

   *Plaintiff*,

v.                                              Case No.: 4:22cv455-MW/MJF

**BIO-LIFE PLASMA,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Plaintiff, a frequent flyer in the Northern District of Florida, filed no objections. However, she did file an unauthorized third amended complaint, ECF No. 17.

Plaintiff is *pro* se, but this does not mean this Court will treat her any worse *or* any better than other litigants. Her conduct is still governed by the rules of this Court and the Federal Rules of Civil Procedure, including the requirement to seek leave before filing a third amended complaint. *See* Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so

requires."). Accordingly, this Court **STRIKES** her third amended complaint as unauthorized.

Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on March 23, 2023.**

s/Mark E. Walker<br>
**Chief United States District Judge**